## TOM CUNNINGHAM v. THE STATE.

No. 9225.   Delivered March 11, 1925.

**Burglary.**

No statement of facts nor bills of exception appearing in the record the judgment will be affirmed.

Appeal from the District Court of McLennan County. Tried below before the Hon. Richard I. Monroe, Judge.

Appeal from a conviction of burglary; penalty, two years in the penitentiary.

No brief filed by appellant.

*Tom Garrard,* State's Attorney and *Grover C. Morris,* Assistant State's Attorney, for the State.

LATTIMORE, JUDGE—Appellant was convicted in the district court of McLennan County of burglary, and his punishment fixed at two years in the penitentiary.

The record is before us without statement of facts or bills of exception. The indictment correctly charges the burglary of a box car, and the charge of the court submits the law applicable.

No error appearing, the judgment will be affirmed.